FORM 1: NOTICE OF APPEAL FROM A UNITED STATES FEDERAL COURT (DISTRICT COURT, COURT OF APPEALS FOR   FORM 1
VETERANS CLAIMS, COURT OF FEDERAL CLAIMS (NON VACCINE APPEALS) AND COURT OF INTERNATIONAL TRADE   MARCH 2023

UNITED STATES
SELECT COURT

---

NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN THAT THE APPELLANT(S) LISTED BELOW HEREBY APPEAL(S) THE BELOW NOTED CASE TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT.

CASE NUMBER BEING APPEALED: 3:25-cv-00281-MMH-PDB
CASE TITLE BEING APPEALED: JAMES ELLARD PLAINTIFF V B. CANNON
DATE OF FINAL JUDGMENT OR ORDER BEING APPEALED: 1 MAY 2025

LIST ALL APPELLANTS (LIST EACH PARTY FILING THIS APPEAL). DO NOT USE "ET AL." OR OTHER ABBREVIATIONS. ATTACH CONTINUATION PAGE IF NECESSARY).

PDB                                UNKNOWN
B. CANNON                          DEFENDANT
JAMES ELLARD                       PLAINTIFF
MARCIA MORALES HOWARD              UNITED STATES DISTRICT JUDGE


DATE: 9 MAY 2025

SIGNATURE: James Ellard
NAME: JAMES ELLARD D37119 II-134-S
ADDRESS: SUWANNEE CORR. INST. ANNEX
         5964 U.S. HWY 90
         LIVE OAK, FLORIDA 32060
PHONE NUMBER:
EMAIL ADDRESS:

James Ellard 087119 IL-134-S
Suwannee Corr. Inst. Annex
5964 U.S. Hwy. 90
Live Oak, Florida
32060

Mailed From State
Correctional
Institution
Suwanee C.I

Clerk Of Court
Middle Dist. Of Florida
300 N. Hogan St. Ste. 9-150
Jacksonville, Fla.
32202-4271

LEGAL MAIL